UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STASON SUTTON,<br><br>　　　　　Plaintiff,<br><br>— against —<br><br>130-132 WEST 29TH STREET LLC, DIGITAL ARTS NY, AND SCREEN ENGINE/ASI LLC,<br><br>　　　　　Defendants. | Case No.  25-cv-06330 (AS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jeffrey A. Miller, of Golenbock Eiseman Assor Bell & Peskoe LLP, hereby enters an appearance as counsel of record for Defendant Screen Engine/ASI LLC in the above-captioned action.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: August 29, 2025

Respectfully submitted,

GOLENBOCK EISEMAN
ASSOR BELL & PESKOE LLP

By: /s/ Jeffrey A. Miller
　　　Jeffrey A. Miller
　　　711 Third Avenue, 17th Floor
　　　New York, NY 10017
　　　Telephone: 212-907-7300
　　　Facsimile: 212-754-0330
　　　jmiller@golenbock.com