# GOLENBOCK EISEMAN
## ASSOR BELL & PESKOE LLP

Attorneys at Law | 711 Third Ave., New York, NY 10017-4014
T (212) 907-7300 | F (212) 754-0330 | www.golenbock.com

Jeffrey A. Miller, Esq.
Direct Dial No.: (212) 907-7384
Direct Fax No.: (212) 754-0330
Email Address: jmiller@golenbock.com

August 29, 2025

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: September 2, 2025

**Via ECF**

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
New York, NY 10007

Re:   *Sutton v. 130-132 West 29th Street LLC et al*
      Case No.: 25-cv-06330-AS

Dear Judge Subramanian:

My firm has just been engaged to represent Defendant Screen Engine/ASI LLC ("Defendant") in the above-referenced matter.

Pursuant to Your Honor's Individual Rules of Practice, Defendant respectfully requests a 30-day extension of time, from September 2, 2025 through and including October 2, 2025, to answer, move, or otherwise respond to the Complaint in this action.

Plaintiff's counsel consents to this request for additional time, and this is the first request for an extension. The reason for this request is that our client has been seeking to engage counsel, coordinate with stakeholders, and discuss the allegations with opposing counsel and individuals with knowledge to determine how to proceed. The extension will enable Defendant to continue to review and investigate the claims asserted in this matter.

The first scheduled appearance before the Court is the initial conference on November 4. Defendant does not presently request the adjournment of such conference, and there are no subsequent deadlines affected.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Jeffrey A. Miller*

Jeffrey A. Miller

Cc:   All counsel of record via ECF