# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

October 23, 2025

Via ECF
The Honorable Arun Subramanian
United States District Judge
Southern District of New York

Re: *Stason Sutton v. 130-132 West 29th Street LLC, Tonal Images, Inc., and Screen Engine/ASI LLC*

**Docket No. 1:25-cv-06330 (AS)(JW)**

Dear Judge Subramanian:

We represent the plaintiff in the above-entitled action. On behalf of all parties, we write to respectfully ask the Court to adjourn the November 4, 2025 initial conference pending the disposition of Defendant Screen Engine/ASI LLC's motion to dismiss. The parties held a Rule 16 conference today and we believe that it would be more efficient to plan and conduct discovery once the Court resolves the motion to dismiss the case as against Defendant Screen Engine/ASI LLC.

On October 8, 2025, Defendant Screen Engine/ASI LLC filed a Rule 12 motion to dismiss. On October 14, 2025, plaintiff filed a notice of intent to file an amended pleading by October 29, 2025, pursuant to Rule 8 G. ii. of Your Honor's Individual Practices in Civil Cases. Additionally, Plaintiff is in the process of obtaining information from the landlord defendant 130-132 West 29th Street LLC in the hopes that plaintiff will be able to voluntarily dismiss the claims as against defendant 130-132 West 29th Street LLC. Accordingly, adjourning the initial conference will help the Court and parties streamline the litigation. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

DENIED. The Court will consider adjourning the conference as well as any request to stay discovery once the parties submit the joint letter and case management plan by October 29, 2025 in accordance with the Court's order. Dkt. 9. At that time, the parties may renew their request.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 29.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 24, 2025